Form 3
(10/05)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Otis J. Williams__
Debtor

Case No. __08-720__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

274.00

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $~~275.00~~ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__ ~~275.00~~  Check one ☐ With the filing of the petition, or
                           ☒ On or before __2/01/2008__

   $ __68.50__  on or before __3/1/08__

   $ __68.50__  on or before __4/1/08__

   $ __68.50__  on or before __5/1/08__

*The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  __1/14/08__                    _____
Signature of Attorney      Date                            Signature of Debtor        Date
__NON ATTORNEY__                                           (In a joint case, both spouses must sign.)

Name of Attorney
                                                           _____
                                                           Signature of Joint Debtor (if any)    Date

**FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 14 2008
KENNETH S. GARDNER
UNITED STATES BANKRUPTCY CLERK**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____              _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

X_____         _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____

In re Otis J. Williams _____,          Case No. 08-720
            Debtor

                                                 Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __275.00__   Check one  ☐ With the filing of the petition, or
                          ☒ On or before 2/01/2008

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                    BY THE COURT

Date: JAN 1 4 2008                         **KENNETH S. GARDNER**
                                           **Clerk, U.S. Bankruptcy Court**
                                           United States Bankruptcy Judge