UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 00720
    OTIS WILLIAMS

                                                    CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY


            Debtor
    SSN XXX-XX-3093

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/14/2008 and was not confirmed.

    The case was dismissed without confirmation 03/06/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 4242.39 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 13183.93 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 00720 OTIS WILLIAMS

```
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED                    .00              .00
PENTAGROUP FINANCIAL         UNSECURED      NOT FILED                    .00              .00
PROFESSIONAL ACCOUNT MGM     UNSECURED      NOT FILED                    .00              .00
FINANCIAL MGMT SVCS          UNSECURED      NOT FILED                    .00              .00
MIDLAND CREDIT MANAGEMEN     UNSECURED      NOT FILED                    .00              .00
DEBT CREDIT SERVICES         UNSECURED      NOT FILED                    .00              .00
PREMIER BANKCARD             UNSECURED         427.40                    .00              .00
ASSET ACCEPTANCE CORP        UNSECURED         611.50                    .00              .00
BARNES AUTO                  UNSECURED      NOT FILED                    .00              .00
BANK OF AMERICA              UNSECURED      NOT FILED                    .00              .00
AR RESOURCES INC             UNSECURED      NOT FILED                    .00              .00
CITY OF CHICAGO PARKING      UNSECURED      NOT FILED                    .00              .00
FINANCIAL MGMT SVCS          UNSECURED      NOT FILED                    .00              .00
MIDLAND CREDIT MANAGEMEN     UNSECURED      NOT FILED                    .00              .00
DENISE ROBINSON              UNSECURED      NOT FILED                    .00              .00
DIANE LEWIS                  UNSECURED      NOT FILED                    .00              .00
AR RESOURCES                 UNSECURED      NOT FILED                    .00              .00
AR RESOURCES                 UNSECURED      NOT FILED                    .00              .00
AR RESOURCES                 UNSECURED      NOT FILED                    .00              .00
NCO MEDCLR                   UNSECURED      NOT FILED                    .00              .00
NCO MEDCLR                   UNSECURED      NOT FILED                    .00              .00
NCO MEDCLR                   UNSECURED      NOT FILED                    .00              .00
AAC                          UNSECURED      NOT FILED                    .00              .00
CERTEGY                      UNSECURED      NOT FILED                    .00              .00
NCO FINANCIAL SYSTEMS        UNSECURED      NOT FILED                    .00              .00
FINANCIAL MGMT SVCS          UNSECURED      NOT FILED                    .00              .00
WILLIE DOTSON                NOTICE ONLY    NOT FILED                    .00              .00
SANTANDER CONSUMER USA       SECURED NOT I  32958.56                    .00              .00
ASSET ACCEPTANCE CORP        UNSECURED         274.58                    .00              .00
PRO SE DEBTOR                DEBTOR ATTY        .00                                       .00
TOM VAUGHN                   TRUSTEE                                                      .00
DEBTOR REFUND                REFUND                                                       .00
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                             .00
SECURED                                              .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 00720 OTIS WILLIAMS

```
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                         ---------------   ---------------
TOTALS                            .00               .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/26/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE